FILED
12/20/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JJR

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 14, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio     s/K. Copeland
By: _____
Deputy Clerk



IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 3 | 17−00763 | Tallapoosa County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALABAMA NORTHERN | | | |
| ALN | 4 | 17−01800 | City of Gadsden, Alabama et al v. Amerisourcebergen Drug Corporation et al |
| ALN | 4 | 17−01877 | City of Fort Payne, Alabama v. Amerisourcebergen Drug Corporation et al |
| ARKANSAS WESTERN | | | |
| ARW | 5 | 17−05118 | Lewis v. Purdue Pharma L.P. et al |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 17−00816 | BAPTIST HOSPITAL INC et al v. MCKESSON CORPORATION et al |
| ILLINOIS CENTRAL | | | |
| ILC | 3 | 17−03262 | The People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 14−04361 | City of Chicago v. Purdue Pharma L.P. et al. |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 17−01170 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| ILS | 3 | 17−01171 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| ILS | 3 | 17−01172 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |

| | | | |
|---|---|---|---|
| ILS | 3 | 17−01173 | People of the State of Illinois, et al v. Amerisourcebergen Drug Corporation, et al |
| ILS | 3 | 17−01174 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| ILS | 3 | 17−01185 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| ILS | 3 | 17−01255 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |

INDIANA NORTHERN

| | | | |
|---|---|---|---|
| INN | 2 | 17−00431 | City of Hammond v. Purdue Pharma L.P. et al |
| INN | 4 | 17−00091 | City of Lafayette v. Purdue Pharma L.P. et al |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 17−04231 | CITY OF INDIANAPOLIS et al v. PURDUE PHARMA L.P. et al |
| INS | 4 | 17−00193 | SCOTT COUNTY, INDIANA, A POLITICAL SUBDIVISION OF THE STATE OF INDIANA, BY AND THRU ITS BOARD OF COMMISSIONERS v. PURDUE PHARMA L.P. et al |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 0 | 17−00104 | Boyd County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 0 | 17−00105 | Fiscal Court of Greenup County v. Amerisourcebergen Drug Corporation et al |
| KYE | 2 | 17−00182 | The Fiscal Court of Kenton County v. Amerisourcebergen Drug Corporation et al |
| KYE | 5 | 17−00438 | Jessamine County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 5 | 17−00442 | Lexington−Fayette Urban County Government v. Amerisourcebergen Drug Corporation et al |
| KYE | 6 | 17−00264 | Pulaski County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 6 | 17−00265 | Perry County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 6 | 17−00269 | Laurel County Fiscal Court v. Amerisourcebergen Drug Corporation et al |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 17−00590 | The Fiscal Court of Oldham County v. AmerisourceBergen Drug Corporation et al |
| KYW | 4 | 17−00130 | The Fiscal Court of Henderson County v. AmerisourceBergen Drug Corporation et al |
| KYW | 5 | 17−00146 | The Fiscal Court of Christian County v. AmerisourceBergen Drug Corporation et al |
| KYW | 5 | 17−00147 | The Fiscal Court of Marshall County v. AmerisourceBergen Drug Corporation et al |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 1 | 17−01567 | Anderson v. Purdue Pharma L P et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 4 | 17−13334 | County of Wayne et al v. Purdue Pharma L.P. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 17−05263 | Mower County, Minnesota v. Purdue Pharma L.P. et al |
| MN | 0 | 17−05285 | Ramsey County, Minnesota v. Purdue Pharma L.P. et al |
| MN | 0 | 17−05287 | Washington County, Minnesota v. Purdue Pharma L.P. et al |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| ~~MOE~~ | ~~4~~ | ~~17−02426~~ | ~~Hughes v. Mallinckrodt Brand Pharmaceuticals, Inc et al~~ |
| MOE | 4 | 17−02703 | St. Louis County, Missouri v. Purdue Pharma L.P. et al |

NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 17−00507 | Manchester, NH, City of v. Purdue Pharma L.P. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 17−12155 | TOWNSHIP OF IRVINGTON v. PURDUE PHARMA L.P. et al |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 17−01044 | The County of Mora v. Purdue Pharma L.P. et al |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 17−00310 | Buncombe County v. AmerisourceBergen Drug Corporation et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 17−00883 | Columbiana County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−00886 | Guernsey County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−00891 | Huron County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−00894 | Adams County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−00904 | Licking County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−00918 | Erie County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−00975 | Crawford County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |

| | | | |
|---|---|---|---|
| OHS | 2 | 17−01012 | Fairfield Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−01024 | Butler County Board of Commissioners v. Purdue Pharma L.P. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 17−04746 | PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND v. PURDUE PHARMA, L.P. et al |
| PAE | 2 | 17−05078 | UNITED FOOD AND COMMERCIAL WORKERS HEALTH AND WELFARE FUND OF NORTHEASTERN PENNSYLVANIA v. PURDUE PHARMA, LP et al |
| PAE | 2 | 17−05079 | SHEET METAL WORKERS LOCAL NO. 25 HEALTH & WELFARE FUND v. PURDUE PHARMA, LP et al |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 3 | 17−02043 | Luzerne County, Pennsylvania v. Purdue Pharma L.P. et al |
| PAM | 4 | 17−02067 | Columbia County v. Purdue Pharma L.P. et al |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 2 | 17−00672 | County of Upshur v. Purdue Pharma L.P. et al |
| TXE | 2 | 17−00725 | County of Morris v. Purdue Pharma L.P. et al |
| TXE | 2 | 17−00748 | County of Harrison v Purdue Pharma LP et al |
| TXE | 4 | 17−00814 | County of Lamar v. Purdue Pharma L.P. et al |
| TXE | 5 | 17−00168 | County of Bowie v. Purdue Pharma L.P. et al |
| TXE | 5 | 17−00185 | County of Red River v. Purdue Pharma L.P. et al |
| TXE | 5 | 17−00189 | County of Titus v. Purdue Pharma L.P. et al |
| TXE | 6 | 17−00634 | County of Rusk v. Purdue Pharma L.P. et al |
| TXE | 6 | 17−00659 | County of Cherokee v. Purdue Pharma L.P. et al |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 6 | 17−00298 | County of McLennan v. Purdue Pharma, L.P. et. al. |
| TXW | 6 | 17−00318 | County of Leon v. Purdue Pharma LP et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| ~~WAW~~ | ~~2~~ | ~~17−01577~~ | ~~City of Seattle v. Purdue Pharma L.P. et al~~ |

WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 3 | 17−00143 | Berkeley County Council v. Purdue Pharmaceutical Products, LP et al |
| WVN | 3 | 17−00144 | Jefferson County Commission v. Purdue Pharmaceutical Products, LP et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 17−01532 | Washington County v. Purdue Pharma Inc et al |
| WIE | 2 | 17−01533 | Adams County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01534 | Rusk County v. Purdue Pharma Inc et al |
| WIE | 2 | 17−01535 | Green County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01536 | Marathon County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01537 | Sauk County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01538 | Columbia County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01539 | Iowa County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01540 | Shawano County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01541 | Door County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01542 | Oconto County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01543 | Fond du Lac County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01544 | Jackson County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01545 | Douglas County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01546 | Jefferson County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01547 | Pierce County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01548 | Washburn County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01549 | Rock County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01550 | Langlade County v. Purdue Frederick Co et al |
| WIE | 2 | 17−01551 | Eau Claire County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01553 | Waupaca County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01554 | Florence County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01555 | Lincoln County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01556 | Price County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01557 | Grant County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01558 | Wood County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01559 | Oneida County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01560 | Sheboygan County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01644 | Ashland County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01645 | Bayfield County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01647 | Buffalo County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01648 | Burnett County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01649 | Calumet County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01650 | Chippewa County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01651 | Clark County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01653 | Dodge County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01656 | Dunn County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01658 | Forest County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01659 | Kenosha County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01660 | Manitowoc County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01661 | Marinette County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01662 | Marquette County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01663 | Monroe County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01664 | Sawyer County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01665 | St. Croix County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01666 | Trempealeau County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01667 | Vernon County v. Purdue Pharma LP et al |
| WIE | 2 | 17−01668 | Waushara County v. Purdue Pharma LP et al |